# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **JAMES LEN RAMEY,** <br><br> *Defendant.* | **CRIMINAL ACTION NO.** <br> **3:24-cr-00024-TES-CHW-1** |

## ORDER SCHEDULING TRIAL

Defendant James Len Ramey elected not to change his plea as scheduled on July 7, 2025, and wishes to proceed to trial. [Doc. 257]. On September 11, 2024, the Grand Jury returned a six-count Superseding Indictment [Doc. 9] charging Defendant and eleven co-defendants with various offenses related to an alleged conspiracy to possess and distribute illegal narcotics. Defendant was arrested on October 30, 2024, pleaded not guilty at his arraignment on November 4, 2024, and remains detained pending trial. [Doc. 153]; [Doc. 156]; [Doc. 160]. The Court declared this case complex on November 5, 2024, and has continued this case numerous times, most recently setting Defendant's Change of Plea hearing for July 7, 2025, at Defendant's request at his Pretrial Conference. [Doc. 154]; [Doc. 257]; [Doc. 227].

At the Change of Plea hearing, Defendant notified the Court that he again wishes to exercise his right to a jury trial. Accordingly, the Court **sets Defendant's Pretrial**

**Conference for September 3, 2025, and trial for October 20, 2025**. [Doc. 257].

In preparation for trial, the Court sets the following deadlines:

- Pretrial motions: **September 29, 2025**.

- Responses: **October 6, 2025**.

- Requests to charge, proposed verdict forms, or proposed voir dire questions: **October 6, 2025**.

The parties should be prepared to discuss any filed motions in Athens on **October 1, 2025**. The parties should alert the Court as soon as possible if, during the pendency of any pretrial motion, any issue becomes moot by consent or agreement of the parties.

This period of delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, as the case has already been declared complex, the delay "resulted from other proceedings concerning" Defendant, and it is necessary to provide counsel "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." See 18 U.S.C. §§ 3161(h)(1), (7)(A), (7)(B)(ii), and (7)(B)(iv).

**SO ORDERED**, this 8th day of July, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
